**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT COURT OF NORTH DAKOTA**
**NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Donna Lunday, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER TO SHOW CAUSE** |
| | ) | |
| vs. | ) | |
| | ) | |
| Dirk Kempthorne, Secretary, United States | ) | |
| Department of Interior, or his predecessor- | ) | |
| in-office; United States Department of | ) | |
| Interior; | ) | Case No. 4:07-cv-84 |
| | ) | |
| Defendants. | ) | |

The plaintiff initiated the above-entitled action by filing a complaint on November 9, 2007. The Clerk's Office issued summonses on November 13, 2007. This matter has now been on the court's docket for more than five months and to date there is nothing in the record to reflect that any summonses have been served upon the defendants; aside from the filing of the complaint and issuance of a summonses, there has been no apparent activity in this case.

Accordingly, the plaintiff is **ORDERED** to update the court on the status of this action and otherwise show cause why this matter should not be dismissed for failure to prosecute. Failure to comply with this directive by May 19, 2008, will result in the dismissal of this action. See Miller v. Benson, 51 F.3d 166, 168 (8th Cir. 1995) ("District courts have inherent power to dismiss sua sponte a case for failure to prosecute, and we review the exercise of this power is reviewed for abuse of discretion."); see also Sterling v. United States, 985 F.2d 411, 412 (8th Cir. 1993) (same); Fed. R. Civ. P. 41(b).

Dated this 18th day of April, 2008.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge